UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NORRIS MILES (# 243761)**        **CIVIL ACTION**

**VERSUS**

**ASCENSION PARISH JAIL, ET AL.**        **NO. 15-0830-JWD-EWD**

### R U L I N G

The *pro se* petitioner, a prisoner confined at the Ascension Parish Correctional Center, Donaldsonville, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against the Ascension Parish Jail and another prisoner at the facility, John Slaughter. The plaintiff complains that inmate Slaughter unilaterally instigated an attack upon the plaintiff in November, 2015, allegedly stabbing the plaintiff in the chest, head and face, and the plaintiff complains that the co-inmate was not punished whereas the plaintiff was placed in segregated confinement for six (6) days. The plaintiff further appears to complain that he was not provided with appropriate medical attention after the referenced attack.

Pursuant to correspondence dated January 11, 2016 (R. Doc. 3), the Court directed the plaintiff to file with the Court, within twenty-one (21) days, a properly completed Statement of Account (a blank copy of which was attached to the referenced correspondence), certifying to the average six-month deposits and balance in his prisoner accounts. The Court's correspondence further specifically advised the plaintiff that "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice." *Id.*

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the plaintiff has failed to respond to the Court's directive as required. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED,** without prejudice, for failure of the plaintiff to correct the deficiencies of which he was notified. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 14, 2016</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**